PITTA & DREIER LLP
499 Park Avenue
New York, NY 10022
(212) 652-3890
*Attorneys for Respondent*
New York Hotel and Motel Trades Council, AFL-CIO

**07 CIV 8230**

**JUDGE BUCHWALD**

Barry N. Saltzman (BS 6533)
Michael J. D'Angelo (MD 3030)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
~~BEST WESTERN CONVENTION CENTER,~~
522 W. 38th ST. NY LLC
                Petitioner,

    -against-

NEW YORK HOTEL & MOTEL
TRADES COUNCIL, AFL-CIO,

                Respondent.
---------------------------------------X

Case No. 07-Civ-

**RECEIVED SEP 21 2007 U.S.D.C. S.D.N.Y. CASHIERS**

7.1 STATEMENT

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Court Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Respondent, NEW YORK HOTEL & MOTEL TRADES COUNCIL, AFL-CIO, a private non-governmental party, certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

    NONE

Dated: New York, New York
      September 21, 2007

                                            Respectfully submitted,

                                            PITTA & DREIER LLP
                                            *Attorneys for Respondent New York Hotel and Motel Trades Council, AFL-CIO*

                                              By: _____
                                                  Barry N. Saltzman (BS 6533 )
                                                  Michael J. D'Angelo (MD 3030)
                                            499 Park Avenue
                                            New York, New York 10022
                                            (212) 652-3890