# Exhibit E

#2007-20CC
U07-368
Best Western Convention Center
August 24, 2007
Page 1 of 2

**OFFICE OF THE IMPARTIAL CHAIRPERSON**
**321 WEST 44TH STREET, SUITE 400**
**NEW YORK, NY 10036**
**TEL: (212) 541-7212   FAX: (212) 541-9356**

**EMPLOYER:** BEST WESTERN CONVENTION CENTER

HTC Case #U07-368/ The New York Hotel and Motel Trades Council, AFL-CIO, request a Card Count for all Employees.

Hearing held at the Office of the Impartial Chairperson on August 24, 2007.

## APPEARANCES:

For the Employer:          Waseem Khan
                           Raymond Sun
                           Human Resources

Counsel for the Employer:  Seyfarth Shaw, LLP
            By:            Peter Walker, Esq.

For the New York Hotel & Motel Trades Council, AFL-CIO:
Counsel:                   Pitta & Dreier LLP
            By:            Joseph Farelli, Esq.

For the Union:             Rich Maroko, Esq.
                           William St. Pierre
                           Local 6

                    *    *    *

Pursuant to the Industry-Wide Agreement ("IWA") by and between the New York Hotel and Motel Trades Council, AFL-CIO ("Union") and the Hotel Association of New York City, Inc., regarding recognition of the Union, the undersigned conducted a "card count" with respect to a group of workers employed by the Best Western Convention Center ("Hotel") or ("Employer") consisting of all **regular full-time and part-time employees** ("Unit").

The Union presented authorization cards designating the New York Hotel & Motel Trades Council, AFL-CIO as the exclusive bargaining representative.

The parties stipulated that the Unit consists of 21 employees with a difference of opinion on the eligibility of one additional employee, the Front Desk

#2007-20CC
U07-368
Best Western Convention Center
August 24, 2007
Page 2 of 2

**OFFICE OF THE IMPARTIAL CHAIRPERSON**
321 WEST 44TH STREET, SUITE 400
NEW YORK, NY 10036
TEL: (212) 541-7212  FAX: (212) 541-9356

Manager. With her, the total Unit is made up of 22 employees. The parties stipulated that a card count would be taken of the Unit made up of the 22 employees listed on Exhibit A, subject to the Union challenging the eligibility of the Front Desk Manager, Molliny Viriri , if her inclusion in the Unit is determinative of whether the Union represents the majority of employees in the Unit.

Accordingly, I compared the signatures on the authorization cards with the signatures made by the same Employees furnished to me on official employment records by the Employer in private. The authorization cards have not been reviewed by the Employer.

My review of the cards was conducted in complete secrecy without any representative of the Employer or Union present. I conclude that the Union presented valid authorization cards from a majority of workers in the unit.

Accordingly, I designate the New York Hotel & Motel Trades Council as the bargaining agent for the Unit at the Hotel.

Dated:    New York, New York
          August 24, 2007


PHILIP ROSS, under the penalties of perjury duly affirms that he is the arbitrator described herein, and that he executed the foregoing instrument.

PHILIP ROSS
Office of the Impartial Chairperson