# Exhibit G

## OFFICE OF THE IMPARTIAL CHAIRPERSON
### 321 West 44th Street, Suite 400
### New York, NY 10036
### TEL: (212) 541-7212    FAX: (212) 541-9356

## NOTICE OF
## EMERGENCY HEARING
## FAX COVER SHEET

**TO:** Paul Hewitt
Annie Dremstedt/Laura FitzRandolph
Interstate Hotels & Resorts
Fax No.: 703-387-3261

Robert G. Brody, Esq.
Brody and Associates, LLC
Fax No.: 203-965-0569

Wei Jei Liao
Best Western Convention Center
Fax No.: 947-1545

Peter Chatilovicz, Esq.
Seyfarth Shaw, LLP
Fax No.: 202-828-5393

KANE KESSLER PC - Attn: Doris Guntner, LA
Fax No.: 541-9799

PITTA & DREIER LLP/Attn: Vincent Pitta, Esq.; Barry Saltzman, Esq., Joseph Farelli, Esq.; Jane Lauer Barker, Esq.; Susan Gempler; Michael D'Angelo, Esq.
Fax No.: 652-3891

| | |
|---|---|
| Madelyn & Talia | 977-4550 |
| Rich Maroko | 977-4550 |
| Richard Amato | 754-0243 |
| Ward/Lysell | 977-5714 |

**RE:** HTC #U07-398/EMERGENCY

**FROM:** Cherril Dunn, Assistant to IC Administrator

**DATE:** September 14, 2007

No. of pages: 3

**OFFICE OF THE IMPARTIAL CHAIRPERSON**

321 WEST 44TH STREET, SUITE 400
NEW YORK, NY 10036

TEL: (212) 541-7212  FAX: (212) 541-9356

HOTEL ASSOCIATION OF NEW YORK CITY, INC.            NEW YORK HOTEL & MOTEL TRADES COUNCIL

9/14/2007

Wei Jei Liao                                        Mr. Peter Ward
General Manager                                     New York Hotel & Motel Trades Council
Best Western Convention Center                      707 Eighth Avenue
522 West 38th Street                                New York, NY 10036
New York, NY 10018

<u>Sent Via Facsimile to All Parties</u>

A hearing will be held in this office (321 West 44th Street, Suite 400, New York City) on Thursday, September 20, 2007 at 2:00 PM in the matter of the request of the Hotel Trades Council concerning:

#U07-398/All Employees/Emergency hearing requested by the New YOrk Hotel & Motel Trades Council, AFL-CIO re:  1) Has the Hotel violated Agreement and Award #2007-22 & 2007-20CC by discharging employees & known Union supporters in retaliation for the exercise of their rights & in order to discourage the assertion of those rights?  2) Has the Hotel violated the Awards & the Agreement by refusing to provide information requested, bargain with the Union concerning the terms and conditions of its employees' employment & denying the Union access to Employees?   3) What shall be the remedy sought against the Employers, jointly & severally, for any of the above violations if found, including but not limited to backpay, injunctive relief, actual damages, punitive damages, fees & costs, statutory remedies, & the dollar amounts thereof.

In order that your interests may be protected, it is essential that you be present or represented at that time.

cc:   David Rothfeld, Esq.
      Stephen Steinbrecher, Esq.
      Niki Franzitta, Esq.
      Christian White, Esq.
      Richard Amato
      Vincent Pitta, Esq.
      Barry Saltzman, Esq.
      Jane Lauer Barker, Esq.
      Joseph Farelli, Esq.
      Michael D'Angelo, Esq.
      Brian Lysell
      Madelyn Rivera
      Susan Gempler
      Rich Maroko
      Robert Brody, Esq.

## OFFICE OF THE IMPARTIAL CHAIRPERSON
321 WEST 44TH STREET, SUITE 400
NEW YORK, NY 10036
TEL: (212) 541-7212  FAX: (212) 541-9356

| | |
|---|---|
| HOTEL ASSOCIATION OF NEW YORK CITY, INC. | NEW YORK HOTEL & MOTEL TRADES COUNCIL |
| | 9/14/2007 |
| Paul Hewitt/Annie Dremstedt<br>Interstate Hotels & Resorts<br>4501 North Fairfax Drive<br>Arlington, VA 22203 | Mr. Peter Ward<br>New York Hotel & Motel Trades Council<br>707 Eighth Avenue<br>New York, NY 10036 |

### Sent Via Facsimile to All Parties

A hearing will be held in this office (321 West 44th Street, Suite 400, New York City) on **Thursday, September 20, 2007 at 2:00 PM** in the matter of the request of the Hotel Trades Council concerning:

#U07-398/All Employees/Emergency hearing requested by the New York Hotel & Motel Trades Council, AFL-CIO re:  1) Has the Hotel violated Agreement and Award #2007-22 & 2007-20CC by discharging employees & known Union supporters in retaliation for the exercise of their rights & in order to discourage the assertion of those rights?  2) Has the Hotel violated the Awards & the Agreement by refusing to provide information requested, bargain with the Union concerning the terms and conditions of its employees' employment & denying the Union access to Employees?  3) What shall be the remedy sought against the Employers, jointly & severally, for any of the above violations if found, including but not limited to backpay, injunctive relief, actual damages, punitive damages, fees & costs, statutory remedies, & the dollar amounts thereof.

In order that your interests may be protected, it is essential that you be present or represented at that time.

cc:  David Rothfeld, Esq.
Stephen Steinbrecher, Esq.
Niki Franzitta, Esq.
Christian White, Esq.
Richard Amato
Vincent Pitta, Esq.
Barry Saltzman, Esq.
Jane Lauer Barker, Esq.
Joseph Farelli, Esq.
Michael D'Angelo, Esq.
Brian Lysell
Madelyn Rivera
Susan Gempler
Rich Maroko
Peter Chatilovicz, Esq.

SEP. 19. 2007 12:05PM                                          NO. 0013   P. 1/3

## OFFICE OF THE IMPARTIAL CHAIRPERSON
321 West 44th Street, Suite 400
New York, NY 10036
TEL: (212) 541-7212   FAX: (212) 541-9356

### NOTICE OF EMERGENCY
### PEREMPTORY (V HOTEL) HEARING
### FAX COVER SHEET

**TO:**  Paul Hewitt
Annie Dremstedt/Laura FitzRandolph
Interstate Hotels & Resorts
**Fax No.:**   703-387-3261

Robert G. Brody, Esq.
Brody and Associates, LLC
**Fax No.:**   203-965-0569

Wei Jei Liao
Best Western Convention Center
**Fax No.:**   947-1545

Peter Chatilovicz, Esq.
Seyfarth Shaw, LLP
**Fax No.:**   202-828-5393

KANE KESSLER PC - Attn: Doris Guntner, LA
**Fax No.:**   541-9799

PITTA & DREIER LLP/Attn: Vincent Pitta, Esq.; Barry Saltzman, Esq., Joseph Farelli, Esq.; Jane Lauer Barker, Esq.; Susan Gempler; Michael D'Angelo, Esq.
**Fax No.:**   652-3891

| | |
|---|---|
| Madelyn & Talia | 977-4550 |
| Rich Maroko | 977-4550 |
| Richard Amato | 754-0243 |
| Ward/Lysell | 977-5714 |

**RE:**  HTC #U07-398/EMERGENCY

**FROM:**  Cherril Dunn, Assistant to IC Administrator

**DATE:**  September 19, 2007

No. of pages: 3

## OFFICE OF THE IMPARTIAL CHAIRPERSON

321 WEST 44TH STREET, SUITE 400
NEW YORK, NY 10036

TEL: (212) 541-7212  FAX: (212) 541-9356

HOTEL ASSOCIATION OF NEW YORK CITY, INC.                NEW YORK HOTEL & MOTEL TRADES COUNCIL

9/19/2007

Mr. Peter Ward
Paul Hewitt/Annie Dremstedt                             New York Hotel & Motel Trades Council
Interstate Hotels & Resorts                             707 Eighth Avenue
4501 North Fairfax Drive                                New York, NY 10036
Arlington, VA 22203

### Sent Via Facsimile to All Parties
### MARKED PEREMPTORILY AGAINST MANAGEMENT

A hearing will be held in this office (321 West 44th Street, Suite 400, New York City) on **Wednesday, September 26, 2007 at 1:00 PM** in the matter of the request of the Hotel Trades Council concerning:

#U07-398/All Employees/Emergency hearing requested by the New YOrk Hotel & Motel Trades Council, AFL-CIO re: 1) Has the Hotel violated Agreement and Award #2007-22 & 2007-20CC by discharging employees & known Union supporters in retaliation for the exercise of their rights & in order to discourage the assertion of those rights? 2) Has the Hotel violated the Awards & the Agreement by refusing to provide information requested, bargain with the Union concerning the terms and conditions of its employees' employment & denying the Union access to Employees? 3) What shall be the remedy sought against the Employers, jointly & severally, for any of the above violations if found, including but not limited to backpay, injunctive relief, actual damages, punitive damages, fees & costs, statutory remedies, & the dollar amounts thereof.

In order that your interests may be protected, it is essential that you be present or represented at that time.

cc:   David Rothfeld, Esq.
      Stephen Steinbrecher, Esq.
      Niki Franzitta, Esq.
      Christian White, Esq.
      Richard Amato
      Vincent Pitta, Esq.
      Barry Saltzman, Esq.
      Jane Lauer Barker, Esq.
      Joseph Farelli, Esq.
      Michael D'Angelo, Esq.
      Brian Lysell
      Madelyn Rivera
      Susan Gempler
      Rich Maroko
      Peter Chatilovicz, Esq.

SEP. 19. 2007 12:05PM                                                NO. 0013   P. 3/3

# OFFICE OF THE IMPARTIAL CHAIRPERSON
### 321 WEST 44TH STREET, SUITE 400
### NEW YORK, NY 10036
### TEL: (212) 541-7212   FAX: (212) 541-9356

HOTEL ASSOCIATION OF NEW YORK CITY, INC.                NEW YORK HOTEL & MOTEL TRADES COUNCIL

9/19/2007

Mr. Peter Ward
New York Hotel & Motel Trades Council
707 Eighth Avenue
New York, NY 10036

Wei Jei Liao
General Manager
Best Western Convention Center
522 West 38th Street
New York, NY 10018

**Sent Via Facsimile to All Parties**
**MARKED PEREMPTORILY AGAINST MANAGEMENT**

A hearing will be held in this office (321 West 44th Street, Suite 400, New York City) on Wednesday, September 26, 2007 at 1:00 PM in the matter of the request of the Hotel Trades Council concerning:

#U07-398/All Employees/Emergency hearing requested by the New York Hotel & Motel Trades Council, AFL-CIO re: 1) Has the Hotel violated Agreement and Award #2007-22 & 2007-20CC by discharging employees & known Union supporters in retaliation for the exercise of their rights & in order to discourage the assertion of those rights? 2) Has the Hotel violated the Awards & the Agreement by refusing to provide information requested, bargain with the Union concerning the terms and conditions of its employees' employment & denying the Union access to Employees? 3) What shall be the remedy sought against the Employers, jointly & severally, for any of the above violations if found, including but not limited to backpay, injunctive relief, actual damages, punitive damages, fees & costs, statutory remedies, & the dollar amounts thereof.

In order that your interests may be protected, it is essential that you be present or represented at that time.

cc:   David Rothfeld, Esq.
      Stephen Steinbrecher, Esq.
      Niki Franzitta, Esq.
      Christian White, Esq.
      Richard Amato
      Vincent Pitta, Esq.
      Barry Saltzman, Esq.
      Jane Lauer Barker, Esq.
      Joseph Farelli, Esq.
      Michael D'Angelo, Esq.
      Brian Lysell
      Madelyn Rivera
      Susan Gempler
      Rich Maroko
      Robert Brody, Esq.