UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

| | |
|---|---|
| 522 W.38th St. NY LLC d/b/a BEST WESTERN CONVENTION CENTER, | Case No. 07-Civ-8230 (JER) |
| Petitioner, | |
| -against- | |
| NEW YORK HOTEL & MOTEL TRADES COUNCIL, AFL-CIO, | **AFFIDAVIT OF SERVICE BY MAIL** |
| Respondent. | |
| -and- | |
| NEW YORK HOTEL & MOTEL TRADES COUNCIL, AFL-CIO, | |
| Third Party Plaintiff, | |
| -against- | |
| UNITED STAFFING GROUP, LLC | |
| Third Party Defendant. | |

-------------------------------------X

STATE OF NEW YORK    )
                     :ss.:
COUNTY OF NEW YORK   )

Deborah J. Bobb, being duly sworn, deposes and says:

Deponent is not a party to this action, is over 18 years of age and is employed by Pitta & Dreier LLP, 499 Park Avenue, New York, New York 10022.

On October 15, 2007, 2007, I served the within THIRD PARTY COMPLAINT in the above captioned proceeding by regular first class mail by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under

{00297338.DOC;}

the exclusive care and custody of the United States Postal Service within the State of New York, addressed to the persons indicated below:

>Robert G. Brody, Esq.
>Brody and Associates, LLC
>Attorneys for Petitioner
>67 Wall Street, Suite 2211
>New York, New York  10005
>
>Robert G. Brody, Esq.
>179 Post Road West
>Westport, CT  06880

_____
DEBORAH J. BOBB

Sworn to before me this
15th day of October, 2007

_____

Jane L. Barker
Notary Public, State of New York
No. 02BA6144861
Qualified in Westchester County
Commission Expires May 1, 2010

{00297338.DOC;}