```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
522 W. 38TH ST. NY LLC,              :
                                     :
              Petitioner,            :    07 Civ. 8230 (JSR)
                                     :
         -v-                         :         ORDER
                                     :
NEW YORK HOTEL & MOTEL TRADES        :
COUNCIL, AFL-CIO,                    :
                                     :
              Respondent.            :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Petitioner moves for reconsideration of the denial of its motion for a stay of arbitration. The denial was issued on September 26, 2007 by Judge Duffy acting as Part I Judge. See transcript, 9/26/07. The motion for reconsideration is hereby denied. An opinion explaining the reason for this determination will issue in due course.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       October 17, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 10-18-07