AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

**PLAINTIFF**
522 W.38th St. NY LLC d/b/a BEST WESTERN CONVENTION CENTER,

V. **DEFENDANT AND THIRD PARTY PLAINTIFF**

NEW YORK HOTEL & MOTEL TRADES COUNCIL, AFL-CIO

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 07-Civ.-8230 (JER)

V. **THIRD PARTY DEFENDANT**
UNITED STAFFING GROUP, LLC

To: Name and address of Third Party Defendant
UNITED STAFFING GROUP, LLC
37-09 Main Street, Suite 3B
Flushing, New York 11354

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Robert G. Brody, Esq.<br>Brody and Associates, LLC<br>67 Wall Street, Suite 2211<br>New York, New York 10005<br><br>- and -<br><br>179 Post Road West<br>Westport, CT 06880 | Robert G. Brody, Esq.<br>Brody and Associates, LLC<br>67 Wall Street, Suite 2211<br>New York, New York 10005<br><br>- and -<br><br>179 Post Road West<br>Westport, CT 06880 |

an answer to the third-party complaint which is served on you with this summons, within ___20___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**
CLERK

*(signature)*
(By) DEPUTY CLERK

DATE  OCT 1 5 2007

B151 — Affidavit of Service of Summons or Subpoena: Personal or Alternative Methods: Corp. or Ind.: Military Service, 10 pt. type, 1-95

©1995 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

Blumbergs Law Products

| | |
|---|---|
| COURT | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK |
| COUNTY OF | |

522 W. 38TH ST. NY LLC D/B/A BEST WESTERN CONVENTION CENTER,

Plaintiff(s)

against

NEW YORK HOTEL & MOTEL TRADES COUNCIL, AFL-CIO

Defendant(s)

Index No. 07-CIV-8230 (JER)

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)**
THIRD PARTY IN A CIVIL ACTION,
THIRD PARTY COMPLAINT

STATE OF NEW YORK, COUNTY OF NEW YORK  SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at CORONA, NEW YORK

That on 10/18/07 at 1:55 P M., at 37-09 MAIN STREET, FLUSHING, NEW YORK deponent served the within summons, and complaint on THIRD PARTY IN A CIVIL ACTION, THIRD PARTY COMPLAINT  UNITED STAFFING GROUP, LLC  defendant therein named,

**INDIVIDUAL**
1. ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION**
2. ☒ a DOMESTIC corporation, by delivering thereat a true copy *of each* to SANDY CHOU personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be MANAGING AGENT thereof.

**SUITABLE AGE PERSON**
3. ☐ by delivering thereat a true copy *of each* to _____ a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4**
5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4**
5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☒ 100-130 Lbs. |
| | ☒ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☒ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.**
☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE**
☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform*. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
10/19/07

JOHN DICANIO
Notary Public, State of New York
No. 01DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2011

...............................................
PRINT NAME BENEATH SIGNATURE
JUAN D. AGUIRRE
License No. 843839

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.