ROBERT G. BRODY (RGB6461)
BRODY AND ASSOCIATES, LLC
179 Post Road West
Westport, Connecticut 06880
(203) 965-0560

Attorneys for Petitioner

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

522 W.38th St. NY LLC d/b/a BEST :     CASE NO. 07-CIV-8230 (JER)
WESTERN CONVENTION CENTER :
                    Petitioner, :

                 -against- :     RULE 7.1 STATEMENT
                       :     (ELECTRONICALLY FILED)

NEW YORK HOTEL & MOTEL :
TRADES COUNCIL, AFL-CIO, :
                      :
               Respondent. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Petitioner, 522 W. 38th St. NY LLC, (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE

Dated: 10/30/07

*[signature]*

Robert G. Brody (RB 6461)
Attorney for Petitioner
Brody and Associates, LLC
67 Wall Street, Suite 2211
New York, New York 10005

Please direct all correspondence to:
179 Post Road West
Westport, Connecticut 06880

OF COUNSEL:

Robert A. Rubenfeld, Esq. (RR5143)
Todtman, Nachamie, Spizz & Johns, P.C.
425 Park Ave.
New York, New York 10022
Tel: (212)754-9400