REC'D 10/18/07 3:30 p.m.

AO 441 (Rev 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

PLAINTIFF
522 W.38th St. NY LLC d/b/a BEST WESTERN CONVENTION CENTER.

V. DEFENDANT AND THIRD PARTY PLAINTIFF
NEW YORK HOTEL & MOTEL TRADES COUNCIL, AFL-CIO

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 07-Civ.-8230 (JER)

V. THIRD PARTY DEFENDANT
UNITED STAFFING GROUP LLC

To: Name and address of Third Party Defendant
UNITED STAFFING GROUP LLC
37-09 Main Street, Suite 3B
Flushing, New York 11354

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Robert G. Brody, Esq.<br>Brody and Associates, LLC<br>67 Wall Street, Suite 2211<br>New York, New York 10005<br><br>- and -<br><br>179 Post Road West<br>Westport, CT 06880 | Robert G. Brody, Esq.<br>Brody and Associates, LLC<br>67 Wall Street, Suite 2211<br>New York, New York 10005<br><br>- and -<br><br>179 Post Road West<br>Westport, CT 06880 |

an answer to the third-party complaint which is served on you with this summons, within ____20____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

[signature]
BY DEPUTY CLERK

OCT 15 2007
DATE