PITTA & DREIER LLP
499 Park Avenue
New York, NY 10022
(212) 652-3890
*Attorneys for Respondent/Third Party Plaintiff*
*New York Hotel and Motel Trades Council, AFL-CIO*

Barry N. Saltzman (BS 6533)
Michael J. D'Angelo (MD 3030)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
522 W. 38th St. NY LLC d/b/a BEST WESTERN
CONVENTION CENTER,

    Petitioner,

-against-

NEW YORK HOTEL & MOTEL
TRADES COUNCIL, AFL-CIO,

    Respondent.

-and-

NEW YORK HOTEL & MOTEL
TRADES COUNCIL, AFL-CIO,

    Third Party Plaintiff,

-against-

UNITED STAFFING GROUP, LLC,

    Third Party Defendant.
------------------------------------X

Case No. 07-Civ-8230 (JER)

**AMENDED**
**THIRD PARTY COMPLAINT**

[Stamp: NOV 0 9 2007 U.S.D.C. S.D.N.Y. CASHIERS]

Respondent/Third Party Plaintiff NEW YORK HOTEL & MOTEL TRADES COUNCIL, AFL-CIO ("Respondent" or "Union" or "Third Party Plaintiff"), by its undersigned counsel, Pitta & Dreier LLP, for its Third Party Complaint alleges as follows:

{00296363.DOC;2}