UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

522 W. 38th St. NY LLC d/b/a BEST WESTERN
CONVENTION CENTER,

                    Plaintiff,

     -against-

NEW YORK HOTEL & MOTEL
TRADES COUNCIL, AFL-CIO

    Defendant and Third Party Plaintiff,

     -against-

UNITED STAFFING GROUP, LLC,

      Third-Party Defendant.
------------------------------------------------------------------x

Case No: 07-Civ.-8230
Hon. Jed S. Rakoff

CERTIFICATE OF SERVICE

STEPHEN H. WEINER, an attorney admitted to practice in this Court certifies the following under penalty of perjury: On November 13, 2007, I served a true and correct copy of the within letter brief dated November 13, 2007 on the following:

    Barry N. Saltzman, Esq.
    Attorney for Defendant and Third Party Plaintiff
    Pitta & Dreier LLP
    499 Park Avenue
    New York, New York 10022

    and

    Robert G. Brody, Esq.
    Brody and Associates, LLC
    67 Wall Street, Suite 221
    New York, New York 10005

via fax and first class mail with postage prepaid that was placed in a depository under the exclusive jurisdiction of the U.S. Postal Service in New York County.

DATED:    New York, New York
                November 13, 2007

                                                                  _/s/ Stephen H. Weiner_
                                                                  Stephen H. Weiner, Esq. (SHW 7944)