UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

PLAINTIFF
   522 W. 38th St. NY LLC d/b/a BEST WESTERN
   CONVENTION CENTER

V. DEFENDANT AND THIRD PARTY PLAINTIFF     **AFFIDAVIT OF SERVICE**
   NEW YORK HOTEL & MOTEL     Case No. 07-Civ-8230(JER)
   TRADES COUNCIL, AFL-CIO

V. THIRD PARTY DEFENDANT
   UNITED STAFFING GROUP, LLC,

        Third Party Defendant.

STATE OF NEW YORK )
                         ):ss:
COUNTY OF NEW YORK )

   CHRIS PERDOMO, being duly sworn, deposes and says:

   I am over eighteen years of age, not a party to this action, and reside in New York, New York. On November 9, 2007, I served by hand delivery a true copy of the foregoing ***Third Party Summons and Amended Complaint*** on:

       Stephen H. Weiner Esq.
       575 Lexington Ave, Suite 2840
       New York, New York 10022
       *Attorneys for United Staffing Group, LLC Third Party Defendants*

                                                          _____
                                                          Chris Perdomo

So sworn before me this
9TH day of November, 2007.

_____
Notary Public

Susan E. Gempler
Notary Public State of New York
Qualified in New York County
Reg. No. 01GE6164360
Commission Expires 4/16/20 11

{00124039.DOC;}