SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
............................x

522 W. 38th St. NY LLC,

                Petitioner,                Index No. 112748-2007

-against-

                                          **CERTIFICATION OF SERVICE**

NEW YORK HOTEL & MOTEL
TRADES COUNCIL, AFL-CIO,

                Respondent.
............................x

## CERTIFICATION OF SERVICE

I, Robert G. Brody, an attorney, hereby certify that I caused PETITIONER'S NOTICE OF PETITION and PETITION TO STAY ARBITRATION to be personally served on Barry N. Saltzman, Esq., Attorney for RESPONDENT, NEW YORK HOTEL & MOTEL TRADES COUNCIL, AFL-CIO ("UNION"), on September 20, 2007. Mr. Saltzman voluntarily accepted service on behalf of the RESPONDENT UNION.

Dated: 12-7-07

                                                        Robert G. Brody