ATTACHMENT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

522 W. 38th St. NY, LLC d/b/a BEST WESTERN CONVENTION CENTER,

Petitioner,

-against-

NEW YORK HOTEL AND MOTEL TRADES COUNCIL, AFL-CIO,

Respondent/Third Party Plaintiff,

-against-

UNITED STAFFING GROUP, LLC,

Third Party Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-25-08
```

No. 07-Civ.-8230 (JSR)

**STIPULATION AND ORDER OF SETTLEMENT**

This Stipulation And Order of Settlement ("Stipulation") is entered by and between 522 W. 38th St. NY LLC d/b/a Best Western Convention Center ("Best Western"), the New York Hotel & Motel Trades Council, AFL-CIO ("Union") and United Staffing Group, LLC ("Staffing") pursuant to Federal Rule of Civil Procedure 41(a)(2)..

Best Western, Staffing and the Union withdraw with prejudice all of their respective claims in this action. This case shall be closed without a prevailing party or costs or fees to either party.

BRODY AND ASSOCIATES, LLC
Attorneys for 522 W.38th St., NY LLC d/b/a
BEST WESTERN CONVENTION
CENTER
By: _____
179 Post Road West
Westport, CT 06880

STEPHEN H. WEINER, ESQ.
Attorney for UNITED STAFFING
GROUP, LLC
By: _____
575 Lexington Avenue, Suite 2840
New York, New York 10022

{00332264.DOC;}                      - 9 -

(203) 965-0560                                             (212) 566-4669

                                                PITTA & DREIER, LLP
                                                Attorneys for NEW YORK HOTEL &
                                                MOTEL TRADES COUNCIL, AFL-CIO

                                                By: _____
                                                499 Park Avenue
                                                New York, New York 10022
                                                (212) 652-3891

SO ORDERED:

_____
U.S.D.J.
New York, N.Y.
March 24, 2008

{00332264.DOC;}                    - 10 -